# PECHMAN LAW GROUP PLLC
A T T O R N E Y S  A T  L A W

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
WWW.PECHMANLAW.COM

August 1, 2016

**VIA ECF**
The Honorable Ronald L. Ellis
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Tapia et al. v. Patsy's Italian Rest., Inc. et al.*, 15 Civ. 9070 (RLE)
            <u>(In Camera Submission of Time Records for Settlement Approval)</u>

Dear Judge Ellis:

    We represent the plaintiffs in the above-reference wage and hour action. The Parties are finalizing their settlement documents and will soon file them for the Court to review.

    As part of the parties' joint motion for settlement approval, we will be submitting Pechman Law Group PLLC's time records. Several of our time entries for this matter reflect privileged attorney-client communications that should not be public. With the consent of defense counsel, we request permission to submit our contemporaneous time records confidentially, not on ECF, for *in camera* review.

    We thank the Court for its time and attention to this matter.

                                       Respectfully,

                                       Gianfranco J. Cuadra

cc:  Michael J. DiMattia, Esq. (via e-mail and ECF)
      Philip A. Goldstein, Esq. (via e-mail and ECF)